**Ron Santa McCRAY, Plaintiff–Appellant,**

v.

**Debra K. LITTLEJOHN; Cameron L. Marshall; D. Ashley Pennington, Defendants–Appellees.**

**No. 12–6331.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 31, 2012.

Decided: June 6, 2012.

Ron Santa McCray, Appellant Pro Se.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ron Santa McCray appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint without prejudice under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McCray v. Littlejohn*, No. 2:11–cv–02558–TLW, 2012 WL 220225 (D.S.C. Jan. 25, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*